UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GoForIt Entertainment LLC,

    Plaintiff,

v.

Digimedia.com, L.P.,
Cyberfusion, L.P.,
HappyDays, Inc., Reflex Publishing, Inc., Eric Grant, and Scott Day,

    Defendants.
_____/

C.A. NO.: 6:06cv816-ORL-28-KRS

## **UNOPPOSED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

Attorneys Robin McGrath, Jason Rosenberg, Kamran Jivani, and Ryan Koppelman of Alston & Bird LLP (admitted *pro hac vice*), and Richard Mitchell, Michael Porter, and Daniel Traver of GrayRobinson P.A. (all attorneys, collectively, "Plaintiff's Counsel") respectfully move the Court for leave to withdraw their appearances as counsel for Plaintiff GoForIt Entertainment LLC ("Plaintiff"). In support of their motion, Plaintiff's Counsel states as follows:

    1.    Pursuant to Middle District of Florida Local Rule 2.03(b), on Tuesday, July 24, 2007, Plaintiff's Counsel gave written notice to Plaintiff of their intent to withdraw from their representation of Plaintiff in this matter.

    2.    Florida Rule of Professional Conduct 4-1.16 provides that "a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client." Fl. R. Prof.

- 2 -

Conduct 4-1.16.

3. Plaintiff's Counsel's withdrawal will have no material adverse effect on Plaintiff's interests within the meaning of the Rule. Plaintiff's Counsel has requested and received consent from all Defendants' to seek an extension of deadlines under the Case Management and Scheduling Order. An Agreed Motion for Extension of Expert Disclosures and Discovery Deadlines was filed July 27, 2007 and is presently before the Court (Dkt. 71). Under the proposed deadlines, Plaintiff will have until September 27, 2007 to produce expert reports and until November 15, 2007 – a full three and a half months from the date of this motion – to conclude discovery. Substantial discovery has already been taken in this case and Plaintiff's Counsel has a list of potential experts – some of whom they have already retained on GoForIt's behalf and others with whom they have been in discussions to retain – which Plaintiff's Counsel will forward to GoForIt's new counsel.

4. Under these proposed deadlines, Plaintiff will have ample time to obtain new counsel and transition the case. Moreover, Plaintiff's Counsel is prepared to hand over Plaintiff's file and fully participate in an orderly transition of the matter.

5. Plaintiff has already retained "transition counsel" in this matter, Mr. Richard Harris, Esq. with the firm of Jones, Jensen & Harris, One Georgia Center, Suite 1900, 600 West Peachtree Street, N.W., Atlanta, Georgia 30308; Telephone: (404) 872-5300; Facsimile: (404) 872-2095; Email: reh@jjhlaw.com.

6. Middle District of Florida Local Rule 2.03(c) provides that leave to

withdraw shall not be granted, "absent compelling ethical considerations, *if* such withdrawal would likely cause continuance or delay."  LR 2.03(c) (emphasis added).  Because Plaintiff's Counsel's withdrawal will not result in any continuance or delay of the trial in this case (currently scheduled for May 1, 2008), leave to withdraw should be granted.

7. The Rules of Professional Conduct also provide that a lawyer may withdraw if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled" or if "the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client."  Fl. R. Prof. Conduct 4-1.16(b)(3), (4).

8. Plaintiff's Counsel also seeks to withdraw pursuant to Rule 1-1.16(b)(3), (4), as: (a) GoForIt has failed substantially to fulfill an obligation to its counsel regarding their services and has been given reasonable warning that its counsel will withdraw unless the obligation is fulfilled; and (b) the continued representation of GoForIt by current counsel will result in an unreasonable financial burden to that counsel, as well as render the representation unreasonably difficult.  Should the Court desire additional information regarding these points, Plaintiffs counsel will provide under seal or for *in camera* review supporting affidavits and/or additional documentation detailing the matters implicating these rules.

9. Additionally, Plaintiff entered into a Fee Agreement with Alston & Bird LLP, effective April 25, 2006, to govern the relationship between Plaintiff's

Counsel and Plaintiff.  The parties contemplated in the Fee Agreement that Plaintiff's Counsel would be permitted to withdraw if, in the exercise of its professional judgment, it deemed it appropriate to discontinue pursuit of the litigation.  The Fee Agreement provides as follows:

> V. **Right of Withdrawal.**  In the event the Firm, in the exercise of its professional judgment, deems it appropriate to discontinue pursuit of the Litigation, it shall have the right to withdraw as counsel for the Plaintiff in the Litigation.  In the event that the Firm so withdraws, it shall be entitled to obtain from any Recovery the reasonable value of the legal services rendered in the Litigation.

Plaintiff signed the Fee Agreement, with the foregoing provision, on April 25, 2006.  A redacted copy of the Fee Agreement is attached as Exhibit A.

10.   If this motion to withdraw is granted, Plaintiff's Counsel, and each of them, commit to fulfilling their professional obligations with respect to the transition of the case as required by the Rules of Professional Conduct.

11.   Plaintiff GoForIt Entertainment, LLC has been fully advised of Plaintiff's Counsel's filing of this motion.  Plaintiff has indicated that it is not willing to consent to this motion, notwithstanding the fact that since retaining Mr. Harris Plaintiff has instructed Plaintiff's Counsel that all communications with GoForIt should be through transition counsel, attorney Harris.

12.   Undersigned counsel are aware the Court typically requires a corporation to obtain substitute counsel before permitting current counsel to withdraw, but respectfully request the Court to make an exception in this instance given that Plaintiff has (a) already retained "transition counsel"; and (b) refuses to directly communicate with undersigned counsel, thus rendering it impossible for

- 5 -

undersigned counsel to continue representing Plaintiff in this matter in any capacity.

13.     Pursuant to Local Rule 3.01(g), Counsel for Plaintiff have conferred in good faith with Counsel for all Defendants and have obtained their consent to the relief requested herein.

WHEREFORE, Plaintiff's Counsel respectfully requests that the Court grant permission for the above-named attorneys to withdraw as counsel for Plaintiff GoForIt Entertainment, LLC.  Plaintiff's Counsel further requests that the Court afford Plaintiff a reasonable amount of time to retain new counsel.

Dated:  August 6, 2007

        Respectfully submitted,

        **COUNSEL FOR GOFORIT ENTERTAINMENT, LLC**

        **/s/ Robin L. McGrath**
        Robin L. McGrath, Esq.  (*Pro Hac Vice*)
        Email: robin.mcgrath@alston.com
        Jason D. Rosenberg, Esq. (*Pro Hac Vice*)
        Email: jason.rosenberg@alston.com
        Kamran Jivani, Esq. (*Pro Hac Vice*)
        Email: kamran.jivani@alston.com
        ALSTON & BIRD, LLP
        1201 W. Peachtree Street
        Atlanta, Georgia 30309-3424
        Telephone: (404) 881-7000
        Fax: (404) 881-7777

        Richard E. Mitchell, Fla. Bar. No. 0168092
        Email: rmitchell@gray-robinson.com
        Michael Porter, Fla. Bar. No. 0031149
        Email: MPorter@gray-robinson.com
        GRAY ROBINSON, P.A.
        301 E. Pine Street, Suite 1400
        Post Office Box 3068

- 6 -

        Orlando, Florida 32802-3068
        (407) 843-8880 Telephone
        (407) 244-5690 Facsimile

        ATTORNEYS FOR PLAINTIFF
        GOFORIT ENTERTAINMENT LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. In addition, I hereby certify that I served a copy of this motion on the following transition counsel retained by Plaintiff via email, facsimile and U.S. Mail:

Richard E. Harris, Esq.
Jones, Jensen & Harris
One Georgia Center, Suite 1900
600 West Peachtree Street, N.W.
Atlanta, Georgia 30308
Telephone: (404) 872-5300
Facsimile: (404) 872-2095
Email: reh@jjhlaw.com

        **/s/ Michael D. Porter**
        MICHAEL D. PORTER, ESQ.

# 917346 v1

LEGAL02/30463549v3