# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GOFORIT ENTERTAINMENT LLC,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-816-Orl-28KRS**

**DIGIMEDIA.COM L.P.,**
**CYBERFUSION.COM L.P., HAPPYDAYS,**
**INC., REFLEX PUBLISHING, INC., ERIC**
**GRANT, SCOTT DAY,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL (Doc. No. 72)**
>
> **FILED:** August 6, 2007
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Current counsel for Plaintiff GoForit Entertainment LLC (GoForit) seeks to withdraw as counsel for the plaintiff. Pursuant to Middle District of Florida Local Rule 2.03(e), a corporation can only appear and be heard through counsel of record who is a member of the bar of this Court. Accordingly, the motion may be renewed as such time as substitute counsel, who is a member of the bar of this Court, enters an appearance on behalf of GoForit.

It is **ORDERED** that GoForit shall either resolve its dispute with its current counsel or retain new counsel who shall enter an appearance on its behalf in this case on or before September 4, 2007. Should GoForit fail to comply with this Order, it may be subject to sanctions, including dismissal of this case. *See* Fed. R. Civ. P. 16(f).

The Clerk of Court is directed to mail a copy of this Order to Richard Harris, Esq., Jones, Jensen & Harris, One Georgia Center, Suite 1900, 600 West Peachtree Street, N.W., Atlanta, Georgia 30308. It is further **ORDERED** that GoForit's current counsel shall forward a copy of this order to GoForit's corporate address.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties